No. — — ——. MATHIS *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. — — ——. LIGHTFOOT *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–700. KULALANI LTD. ET AL. *v.* COREY. C. A. 9th Cir. Application for recall and stay of mandate, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–747 (89–7307). CALLINS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 89–1104. ALCAN FOIL PRODUCTS DIVISION OF ALCAN ALUMINUM CORP. *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner to strike Brief for United States granted.

No. 89–1322. OKLAHOMA TAX COMMISSION *v.* CITIZEN BAND · POTAWATOMI INDIAN TRIBE OF OKLAHOMA. C. A. 10th Cir.; and

No. 89–1435. AMERICAN RAILWAY & AIRWAY SUPERVISORS ASSN. ET AL. *v.* SOO LINE RAILROAD CO. C. A. 8th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 89–1433. UNITED STATES *v.* EICHMAN ET AL. D. C. D. C. [Probable jurisdiction noted, 494 U. S. 1063]; and

No. 89–1434. UNITED STATES *v.* HAGGERTY ET AL. D. C. W. D. Wash. [Probable jurisdiction noted, 494 U. S. 1063.] Motion of appellees for divided argument denied. Motion of appellees Eichman, Blalock, Tyler, Haggerty, Garza, and Campbell for leave to proceed further herein *in forma pauperis* granted.

No. 89–7105. IN RE GREEN. Petition for writ of habeas corpus denied.